UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA C. JETER,

    Plaintiff,

v.                                                       Case. No. 12-10591
                                                        Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Plaintiff filed this action challenging a final decision of Defendant Commissioner denying Plaintiff's application for Disability Insurance Benefits and Supplemental Security Income under the Social Security Act. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 13], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt 12] be denied and Plaintiff's Motion for Summary Judgment [dkt 11] be granted, and that the case be remanded for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Defendant has not filed objections to the Report and Recommendation. The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. The Court ADOPTS the Magistrate Judge's Report and Recommendation.

      Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED in part.

      IT IS FURTHER ORDERED that this case is REMANDED for further proceedings

consistent with the Report and Recommendation.

    IT IS SO ORDERED.

|  |  |
|---|---|
| Date: March 27, 2013 | S/Lawrence P. Zatkoff<br>LAWRENCE P. ZATKOFF<br>UNITED STATES DISTRICT JUDGE |